of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Israel T. Deyo* and *Martin W. Deyo* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent. ▪

No. 523. MANN *v.* WHALEY. December 6, 1937. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Frederick A. Mann, pro se. Mr. Eugene Van Voorhis* for respondent.

No. 526. CHICAGO SILK Co. *v.* FEDERAL TRADE COMMISSION. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Horace J. Donnelly, Jr.,* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Hugh B. Cox, Robert L. Stern,* and *W. T. Kelley* for respondent.

No. 529. BRADLEY ET AL. *v.* THE NIEL MAERSK ET AL. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas H. Middleton* for petitioners. *Mr. John W. Griffin* for respondents.

No. 532. RINN, ADMINISTRATOR, *v.* NEW YORK LIFE INS. Co. December 6, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. Francis O'Sullivan* for petitioner. *Messrs. Homer H. Cooper* and *Wendell J. Brown* for respondent.